Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–19707–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Wayne Irvine Mayers                    Sheryl Agnes Mayers
8 Colby Court                          8 Colby Court
Belvidere, NJ 07823                    Belvidere, NJ 07823

Social Security No.:
  xxx–xx–7351                                      xxx–xx–3629

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/19/17
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 30, 2017
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-19707-CMG
Wayne Irvine Mayers                                                             Chapter 13
Sheryl Agnes Mayers
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: May 30, 2017
                             Form ID: 132          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
```
db/jdb       +Wayne Irvine Mayers,    Sheryl Agnes Mayers,    8 Colby Court,    Belvidere, NJ 07823-2754
516819976    +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516819977    +Bby/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516819978    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516819979    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
516819980    +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516819981    +Comenity Bank/womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
516819982    +Comenity Capital/hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
516819983    +Comenitybk/fullbeauty,    4590 E Broad St,    Columbus, OH 43215-1301
516819984    +Comenitycap/boscovs,    Po Box 182120,    Columbus, OH 43218-2120
516819986    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
             (address filed with court: Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108)
516819985    +Figis,    PO BOX 77001,    Madison, WI 53707-1001
516853450    +Ginny's,    1112 7th Avenue,    Monroe, WI 53566-1364
516853463    +Miles Kinmball,    250 City Center,    Oshkosh, WI 54906-0001
516845371    +Nelnet on behalf of COAC,    College Assist,    PO Box 16358,    St. Paul, MN 55116-0358
516819990    +River Edge Park Condo Assoc. INC,    PO Box 636,    Chester, NJ 07930-0636
516819991    +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
516853461    +Stoneberry,    1356 William Street,    Chippewa Falls, WI 54729-1500
516853462    +Swiss Colony,    PO Box 2814,    Monroe, WI 53566-8014
516819995    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516819996    +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 30 2017 22:52:20    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2017 22:52:16    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516853448    +E-mail/Text: AEPPcreditdept@amerimark.com May 30 2017 22:52:59    Amerimark,    6864 Engle Road,
              Cleveland, OH 44130-7910
516853464    +E-mail/Text: LTDBankruptcy@ltdcommodities.com May 30 2017 22:53:06    LTD Commodities,
              2800 Lakeside Dr.,    Bannockburn, IL 60015-1280
516819987     E-mail/Text: camanagement@mtb.com May 30 2017 22:52:04    M & T Bank,    PO BOX 62182,
              Baltimore, MD 21264
516819988    +E-mail/Text: bkr@cardworks.com May 30 2017 22:51:22    Merrick Bank,    Po Box 9201,
              Old Bethpage, NY 11804-9001
516819989    +E-mail/Text: electronicbkydocs@nelnet.net May 30 2017 22:52:22    Nelnet Loans,
              6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
516819992    +E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 22:50:31    Syncb/qvc,    Po Box 965018,
              Orlando, FL 32896-5018
516819993    +E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 22:50:14    Syncb/toysrus,    Po Box 965005,
              Orlando, FL 32896-5005
516819994    +E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 22:50:14    Syncb/walmart,    Po Box 965024,
              Orlando, FL 32896-5024
516822761    +E-mail/PDF: gecsedi@recoverycorp.com May 30 2017 22:50:14    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516853460    +E-mail/Text: LTDBankruptcy@ltdcommodities.com May 30 2017 22:53:06    Xfinity,
              c/o LTD Commodities,    PO Box 296,    Northbrook, IL 60065-0296
                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3        User: admin            Page 2 of 2             Date Rcvd: May 30, 2017
                           Form ID: 132            Total Noticed: 33
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kirsten B. Ennis   on behalf of Joint Debtor Sheryl Agnes Mayers pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Kirsten B. Ennis   on behalf of Debtor Wayne Irvine Mayers pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5
```