MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WAYNE IRVINE MAYERS<br><br>SHERYL AGNES MAYERS | Case No. 17-19707(CMG)<br><br>Chapter 13<br><br>Hearing date: 10-4-17<br><br><br><br>OBJECTION TO CONFIRMATION |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ("Wells Fargo"), a secured creditor of the debtor, objects to the debtor's plan for the following reasons:

a. **CRAMDOWN NOT POSSIBLE; 910 CLAIM:** Wells Fargo holds a first purchase money security interest encumbering a 2010 HONDA ODYSSEY purchased by the debtor on 5-9-15, less than 910 days prior to filing. It cannot be crammed down. The net account balance at filing was $14,623.91. The plan must be amended to pay Wells Fargo the net account balance of $14,623.91 plus interest at 5.25%. The trustee should compute interest. If interest was pre-computed the trustee would pay Wells Fargo $16,728.60 over 60 months.

b. **ADEQUATE PROTECTION:** The amount of adequate protection payments offered by the debtor in the plan are too low. Wells Fargo requests adequate protection payments **BEFORE AND AFTER CONFIRMATION**. Since the debtor is presumably

    using the vehicle to work and make a living, the vehicle benefits the estate and adequate protection payments must be given super priority administrative expense status and paid **ahead of attorney fees and all priority expenses. Wells Fargo requests adequate protection payments in the amount of $219 per month (being 1.5% of the net account balance) beginning in JUNE of 2017.**

c. **Request for insurance:** Wells Fargo requests proof of insurance under Code section 1326(a)(4).

d. **Order of payments:** The order of payments under the plan must be revised to provide for the priority of adequate protection payments to Wells Fargo that will be paid ahead of attorney fees.

e. **Feasibility:** The plan may not be feasible.

                                        /s/John R. Morton, Jr.
                                        _____
                                        John R. Morton, Jr., attorney for Wells Fargo

Date: 7-26-17