UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44890
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

In Re:
WAYNE IRVINE MAYERS

SHERYL AGNES MAYERS

Order Filed on December 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-19707(CMG)

Adv. No.:

Hearing Date: 12-6-17

Judge: CMG

## ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO WELLS FARGO BANK, N.A., D/B/A WELLS FARGO DEALER SERVICES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Wayne and Sheryl Mayers**
**17-19707(CMG)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services**
**Page 2**


This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, with the appearance of Kirsten Ennis, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services:** The trustee shall pay Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services the sum of $16,728.60 over 60 months (being the net loan balance of $14,623.91 with interest at 5.25% for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services in the amount of $219 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services commencing in June of 2017.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services until all counsel fees have been paid and regular distributions begin to be made to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services.  If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services until the remaining counsel fees have been paid.

Case 17-19707-CMG    Doc 35    Filed 12/27/17    Entered 12/27/17 16:27:16    Desc Main
Document      Page 3 of 3