|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Sheryl Mayers and Wayne Mayers, Debtor(s) |
| In re:<br><br>      Sheryl Mayers and<br>      Wayne Mayers,    Debtor(s) |

Order Filed on May 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-19707

Chapter 13

Judge: Hon. Christine M. Gravelle

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 18, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Kirsten B. Ennis, Esquire,</u> the applicant, is allowed a fee of $808.33 for services rendered and expenses in the amount of $0 for a total of $808.33. The allowance shall be payable:

⊠ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order | United States Bankruptcy Court |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19707-CMG
Wayne Irvine Mayers                                                   Chapter 13
Sheryl Agnes Mayers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: May 18, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db/jdb          +Wayne Irvine Mayers,    Sheryl Agnes Mayers,    8 Colby Court,    Belvidere, NJ 07823-2754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kirsten B. Ennis    on behalf of Joint Debtor Sheryl Agnes Mayers pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Kirsten B. Ennis    on behalf of Debtor Wayne Irvine Mayers pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7