Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19707−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Wayne Irvine Mayers
8 Colby Court
Belvidere, NJ 07823

Sheryl Agnes Mayers
8 Colby Court
Belvidere, NJ 07823

Social Security No.:
xxx−xx−7351

xxx−xx−3629

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/15/20 at 09:00 AM

to consider and act upon the following:

**55** − Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: re: 8 Colby Court, Belvidere, NJ, 07823. Fee Amount $ 181. filed by Creditor M&T BANK, 44 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/14/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/7/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court