Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−19707−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Wayne Irvine Mayers
8 Colby Court
Belvidere, NJ 07823

Sheryl Agnes Mayers
8 Colby Court
Belvidere, NJ 07823

Social Security No.:
   xxx−xx−7351                                              xxx−xx−3629

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 12, 2017.

On February 26, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            April 1, 2020
Time:           10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 2, 2020
JAN: wdr

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                    Case No. 17-19707-CMG
Wayne Irvine Mayers                                                       Chapter 13
Sheryl Agnes Mayers
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2              Date Rcvd: Mar 02, 2020
                              Form ID: 185                 Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db/jdb         +Wayne Irvine Mayers,    Sheryl Agnes Mayers,    8 Colby Court,    Belvidere, NJ 07823-2754
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516819976      +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
516819977      +Bby/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
516819979     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
516819980      +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517078621       Citibank, N.A.,   c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
516819986     ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108)
517036122      +FirstEnergy,   101 Crawford’s Corner Rd.,    Bldg #1 Ste 1-511,    Holmdel, NJ 07733-1976
516853463      +Miles Kinmball,   250 City Center,    Oshkosh, WI 54906-0001
516845371      +Nelnet on behalf of COAC,    College Assist,   PO Box 16358,    St. Paul, MN 55116-0358
516819990      +River Edge Park Condo Assoc. INC,    PO Box 636,   Chester, NJ 07930-0636
516819991      +Sears/cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516819995      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
516918934       Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516819996      +Wfds,   Po Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:14      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516853448      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:00:22     Amerimark,   6864 Engle Road,
                 Cleveland, OH 44130-7910
516895249      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:00:22     Amerimark,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516819978       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 03 2020 01:04:59      Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
516819981      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:43      Comenity Bank/womnwthn,
                 4590 E Broad St,   Columbus, OH 43213-1301
516819982      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:43      Comenity Capital/hsn,
                 995 W 122nd Ave,   Westminster, CO 80234-3417
516819983      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:43      Comenitybk/fullbeauty,
                 4590 E Broad St,   Columbus, OH 43213-1301
516819984      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:43      Comenitycap/boscovs,
                 Po Box 182120,   Columbus, OH 43218-2120
516895253      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:00:22     Figi’s Companies Inc.,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516819985      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:00:22     Figis,    PO BOX 77001,
                 Madison, WI 53707-1001
516853450      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:03:35     Ginny’s,    1112 7th Avenue,
                 Monroe, WI 53566-1364
516853464      +E-mail/Text: LTDBankruptcy@ltdcommodities.com Mar 03 2020 01:03:07      LTD Commodities,
                 2800 Lakeside Dr.,   Bannockburn, IL 60015-1280
516819987       E-mail/Text: camanagement@mtb.com Mar 03 2020 01:01:38     M & T Bank,   PO BOX 62182,
                 Baltimore, MD 21264
516870711       E-mail/Text: camanagement@mtb.com Mar 03 2020 01:01:38     M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
516930329       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 03 2020 01:04:43       MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
516819988      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 03 2020 01:05:32       Merrick Bank,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517047594      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2020 01:02:14     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
516819989      +E-mail/Text: electronicbkydocs@nelnet.net Mar 03 2020 01:02:21     Nelnet Loans,
                 6420 Southpoint Pkwy,   Jacksonville, FL 32216-0946
516991424      +E-mail/Text: csc.bankruptcy@amwater.com Mar 03 2020 01:03:17     New Jersey American Water,
                 P.O. Box 578,   Alton, IL 62002-0578
517075397       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2020 01:05:59
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517002567       E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2020 01:02:05
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516895254      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:00:23     Stoneberry,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516853461      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:00:23     Stoneberry,
                 1356 William Street,   Chippewa Falls, WI 54729-1500
516853462      +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:03:35     Swiss Colony,    PO Box 2814,
                 Monroe, WI 53566-8014
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 02, 2020
                              Form ID: 185             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516819992       +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:41      Syncb/qvc,    Po Box 965018,
                 Orlando, FL 32896-5018
516819993       +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:42      Syncb/toysrus,    Po Box 965005,
                 Orlando, FL 32896-5005
516819994       +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:05:32      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
516822761       +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516890451       +E-mail/Text: bncmail@w-legal.com Mar 03 2020 01:02:32       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516853460       +E-mail/Text: LTDBankruptcy@ltdcommodities.com Mar 03 2020 01:03:07       Xfinity,
                 c/o LTD Commodities,    PO Box 296,   Northbrook, IL 60065-0296
                                                                                              TOTAL: 31

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kirsten B. Ennis    on behalf of Joint Debtor Sheryl Agnes Mayers pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Kirsten B. Ennis    on behalf of Debtor Wayne Irvine Mayers pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Phillip Andrew Raymond    on behalf of Creditor    M&T BANK phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```