| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wayne Irvine Mayers<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7351<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sheryl Agnes Mayers<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3629<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–19707–CMG | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne Irvine Mayers                    Sheryl Agnes Mayers

10/5/22                                **By the court:** Christine M. Gravelle
                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                       **Chapter 13 Discharge**                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-19707-CMG |
| Wayne Irvine Mayers | Chapter 13 |
| Sheryl Agnes Mayers | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 05, 2022 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne Irvine Mayers, Sheryl Agnes Mayers, 8 Colby Court, Belvidere, NJ 07823-2754 |
| 517036122 | + | FirstEnergy, 101 Crawford's Corner Rd., Bldg #1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 516853463 | + | Miles Kinmball, 250 City Center, Oshkosh, WI 54906-0001 |
| 516819990 | + | River Edge Park Condo Assoc. INC, PO Box 636, Chester, NJ 07930-0636 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFFC.COM | Oct 06 2022 00:33:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516895249 | + | EDI: CBSAMERIMARK | Oct 06 2022 00:33:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516853448 | + | EDI: CBSAMERIMARK | Oct 06 2022 00:33:00 | Amerimark, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 516819976 | + | EDI: TSYS2 | Oct 06 2022 00:33:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516819977 | + | EDI: CITICORP.COM | Oct 06 2022 00:33:00 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516819978 | | EDI: CAPITALONE.COM | Oct 06 2022 00:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516819979 | | EDI: CITICORP.COM | Oct 06 2022 00:33:00 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 517078621 | | EDI: Q3G.COM | Oct 06 2022 00:33:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 516819981 | + | EDI: WFNNB.COM | Oct 06 2022 00:33:00 | Comenity Bank/womnwthn, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516819982 | + | EDI: WFNNB.COM | Oct 06 2022 00:33:00 | Comenity Capital/hsn, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 516819983 | + | EDI: WFNNB.COM | Oct 06 2022 00:33:00 | Comenitybk/fullbeauty, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516819984 | + | EDI: WFNNB.COM | | |

Case 17-19707-CMG  Doc 80  Filed 10/07/22  Entered 10/08/22 00:15:56  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 06 2022 00:33:00 | Comenitycap/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 516819980 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Oct 05 2022 20:36:00 | Ccs/first National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 516895253 | + | EDI: CBSMASON | | |
| | | | Oct 06 2022 00:33:00 | Figi's Companies Inc., c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516819985 | + | EDI: CBSMASON | | |
| | | | Oct 06 2022 00:33:00 | Figis, PO BOX 77001, Madison, WI 53707-1001 |
| 516819986 | ^ | MEBN | | |
| | | | Oct 05 2022 20:32:28 | Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 516853450 | + | EDI: CBS7AVE | | |
| | | | Oct 06 2022 00:33:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516853464 | + | Email/Text: LTDBankruptcy@ltdcommodities.com | | |
| | | | Oct 05 2022 20:37:00 | LTD Commodities, 2800 Lakeside Dr., Bannockburn, IL 60015-1280 |
| 516819987 | | Email/Text: camanagement@mtb.com | | |
| | | | Oct 05 2022 20:36:00 | M & T Bank, PO BOX 62182, Baltimore, MD 21264 |
| 516870711 | | Email/Text: camanagement@mtb.com | | |
| | | | Oct 05 2022 20:36:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 516930329 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Oct 05 2022 20:40:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516819988 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Oct 05 2022 20:40:21 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517047594 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 05 2022 20:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516819989 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Oct 05 2022 20:37:00 | Nelnet Loans, 6420 Southpoint Pkwy, Jacksonville, FL 32216-0946 |
| 516845371 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Oct 05 2022 20:36:00 | Nelnet on behalf of COAC, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 516991424 | + | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | Oct 05 2022 20:37:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 517075397 | | EDI: PRA.COM | | |
| | | | Oct 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517002567 | | EDI: Q3G.COM | | |
| | | | Oct 06 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516819991 | + | EDI: CITICORP.COM | | |
| | | | Oct 06 2022 00:33:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 516895254 | + | EDI: CBSMASON | | |
| | | | Oct 06 2022 00:33:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516853461 | + | EDI: CBSMASON | | |
| | | | Oct 06 2022 00:33:00 | Stoneberry, 1356 William Street, Chippewa Falls, WI 54729-1500 |
| 516853462 | + | EDI: CBS7AVE | | |
| | | | Oct 06 2022 00:33:00 | Swiss Colony, PO Box 2814, Monroe, WI 53566-8014 |
| 516819992 | + | EDI: RMSC.COM | | |
| | | | Oct 06 2022 00:33:00 | Syncb/qvc, Po Box 965018, Orlando, FL 32896-5018 |
| 516819993 | + | EDI: RMSC.COM | | |
| | | | Oct 06 2022 00:33:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 516819994 | + | EDI: RMSC.COM | | |
| | | | Oct 06 2022 00:33:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 516822761 | + | EDI: RMSC.COM | | |
| | | | Oct 06 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516890451 | + | Email/Text: bncmail@w-legal.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 05 2022 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516819995 | + | EDI: WTRRNBANK.COM | Oct 06 2022 00:33:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 516918934 | | EDI: WFFC2 | Oct 06 2022 00:33:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 516819996 | + | EDI: WFFC2 | Oct 06 2022 00:33:00 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 516853460 | + | Email/Text: LTDBankruptcy@ltdcommodities.com | Oct 05 2022 20:37:00 | Xfinity, c/o LTD Commodities, PO Box 296, Northbrook, IL 60065-0296 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kirsten B. Ennis | on behalf of Joint Debtor Sheryl Agnes Mayers pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net |
| Kirsten B. Ennis | on behalf of Debtor Wayne Irvine Mayers pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8